## THE MANHANSET.

### BACCUS v. THE MANHANSET et al.

(District Court, S. D. New York. June 6, 1895.)

SHIPPING—INJURY TO STEVEDORE—NEGLIGENCE OF OFFICER.
    A stevedore's laborer working in the hold cannot recover against the ship for injuries occasioned by the fall of one of its officers upon him, through carelessness in walking upon an unguarded beam while in the discharge of his duties.

This was a libel by Rosario Baccus against the steamship Manhanset (Francis Duck, claimant), impleaded with Charles Hogan and others, respondents.

The libel was for injuries sustained by a stevedore's laborer, occasioned by the mate of the steamship falling down on him from an orlop deck beam. There was no flooring on the orlop beams, which were about 10 inches wide. In the course of his duties the mate was walking across one of the beams and testified he was in the exercise of care. Libelant's evidence was that the mate was in liquor. The mate lost his balance, and falling on the back of libelant, who was slinging tin, crushed him to the floor, damaging his kneecap.

Francis L. Corrao, for libelant.
Convers & Kirlin, for claimant.

BROWN, District Judge. There is not sufficient evidence of any negligence in the duties of the ship. Libelant's injury arose from the personal carelessness and fault of the officer in walking along the beam. I find no case in which a ship has been held for such a secondary result from the fall of a careless officer or member of the crew.

Libel dismissed, without costs.